UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMR HEALTH SERVICES, INC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 4:42-cv-01884-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE (as modified)** |

This matter is before the Court on the Stipulation to Extend Time for the United States to Respond and to Extend Case Management Conference. For good cause shown, it is hereby ORDERED:

1. The aforementioned stipulation is hereby GRANTED; and

2. The telephonic Case Management Conference is hereby extended to 8/13/2024 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 12.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/14/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

3