1  Dennis Evans (CA Bar # 276923)
2  Dayes Law Firm PC
   700 South Flower Street, Suite 1000
3  Los Angeles, CA 90017
   800-503-2000
4
5  Trey" Alberte R. Dayes III
   (AZ Bar # 07504, UT# 020805 WY# 8-6979)
6  Dayes Law Firm PC
   3101 N. Central Ave #1500
7  Phoenix, AZ 85012

8  800-503-2000

9

10                     **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NORTHERN CALIFORNIA**

12  | BMR Health Services Inc., | Case No.: **4:24-cv-01884-HSG** |
13  | Plaintiff(s), | **NOTICE OF SERVICE** |
14  | vs. | |
15  | UNITED STATES OF AMERICA, | JUDGE: Honorable Haywood S. Gilliam, Jr. |
16  | Defendant(s). | |
17

18       Plaintiff hereby gives notice that on August 20, 2024, served by email the following:

19          1. Plaintiff's Initial Disclosure Statement.

20       RESPECTFULLY SUBMITTED this 20th day of August, 2024.

21                                      Respectfully submitted,

22                                      /s/ Dennis Evans

23                                      _____

24                                      Dennis Evans
                                        Dayes Law Firm PC
                                        700 South Flower Street, Suite 1000
25                                      Los Angeles, CA 90017
                                        800-503-2000

                                        1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2024, a copy of the foregoing has been transmitted electronically through the CM-ECF filing system for filing and transmittal to the following parties of record:

DAVID A. HUBBERT
Deputy Assistant Attorney General
CHELSEA BISSELL (MTBN 58862977)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372 (CB)
(202) 514-3768 (KM)
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Kenton.McIntosh@usdoj.gov
Western.TaxCivil@usdoj.gov
Counsel for United States of America

By: */s/Dennis Evans*