United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMR HEALTH SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 24-cv-01884-EKL <br><br> **CASE MANAGEMENT & SCHEDULING ORDER** |

On October 9, 2024, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

1  (5) A further case management conference is scheduled for February 26, 2025, at 1:30
2      p.m. via Zoom video.  An updated joint case management conference statement is
3      due fourteen days before the case management conference.  The statement need not
4      repeat the information in previous statements.

IT IS FURTHER ORDERED that this case is referred to private mediation.  By February 6, 2025, the parties shall hold an initial ADR session with their chosen mediator.  Within seven days after the initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed.  The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Initial case management conference held | October 9, 2024 |
| Deadline to amend pleadings or add parties (without leave of court) | November 26, 2024 |
| Deadline to complete initial ADR session | February 6, 2025 |
| Further case management conference | February 26, 2025 |
| Close of fact discovery | June 5, 2025 |
| Expert witness disclosure | July 9, 2025 |
| Rebuttal expert witness disclosure | September 5, 2025 |
| Close of expert discovery | October 6, 2025 |
| Last day to hear dispositive and *Daubert* motions | January 14, 2026 |
| Pretrial conference | May 6, 2026 |
| Trial | June 8, 2026 |

//
//

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: October 10, 2024

_____
Eumi K. Lee
United States District Judge