CHELSEA BISSELL (MTBN 58862977)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372 (CB)
(202) 514-3768 (KM)
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Kenton.McIntosh@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMR HEALTH SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Counterclaimant. | Case No.: 4:24-cv-01884-EKL <br><br> **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

The United States of America and Plaintiff stipulate to dismiss Plaintiff's action and the United States' counterclaim with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side is to bear its respective costs and fees of litigation with respect to Plaintiff's claims and the United States' counterclaim, including attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: February 26, 2025.                Respectfully submitted,

                                                  */s/ Chelsea Bissell*
CHELSEA BISSELL
KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice

*Counsel for United States of America*

Dated: February 26, 2025.                */s/ Dennis Evans*
DENNIS EVANS
Dayes Law Firm PC
3101 N. Central Ave. # 1300
Phoenix, AZ 85012
(800) 503-2000

*Counsel for BMR*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 26, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

                                         */s/ Chelsea Bissell*
                                         CHELSEA BISSELL
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice